UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:21-cr-41 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| JATONI CRAYTON ) | |

## O R D E R

This matter is before the Court on the report and recommendation (the "R&R") of Magistrate Judge Christopher H. Steger, recommending the Court deny Defendant Jatoni Crayton's motion to suppress evidence. (Doc. 56.) Defendant objects to the R&R. (Doc. 57.) The United States opposes the objection. (Doc. 58.)

The Court has reviewed the transcript of the evidentiary hearing the Magistrate Judge held on March 3, 2022, the exhibits introduced at the hearing, and the briefs the parties filed before and after the R&R issued. For the reasons set out in the accompanying Memorandum, the Court **ACCEPTS** the R&R (Doc. 56). Defendant's motion to suppress (Doc. 45) is **DENIED**.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**